AO 455 (Rev. 5/85)   Waiver of Indictment

**FILED**

# United States District Court

NOV 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

V.

ROBERT DELGADO

**WAIVER OF INDICTMENT**

CASE NUMBER: (sealed) 06-313

I, __Robert Delgado__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __November 17, 2006__ prosecution by indictment and consent that the
                     Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer