UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 06-313 (RWR) |
| | : | |
| | : | UNDER SEAL |
| **ROBERT DELGADO,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

On November 17, 2006, the Court held a plea hearing in which defendant Robert Delgado pled guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461).  At that hearing, the parties requested that a sentencing date be postponed due to defendant Delgado's potential to assist the government in an ongoing investigation.  The Court granted that request and ordered that Delgado's sentencing date be postponed for three months and that the parties submit a joint status report by February 20, 2007, informing the Court about the status of the ongoing investigation.

The government's investigation into a scheme to defraud the Export-Import Bank of the United States is still ongoing and the parties believe that the general public is not aware that the defendant has agreed to cooperate with the United States in its ongoing investigation.  The parties anticipate that Delgado will be able to continue to provide additional assistance to the government's ongoing investigation over the next several weeks.  Accordingly, the parties request that the Court grant an additional three month postponement of defendant Delgado's sentencing and enter an order directing the parties to submit a Joint Status Report on or before

May 23, 2007.

    Counsel for the government has discussed this Joint Status Report with counsel for defendant Delagado, Michael Thorman, and he consents to its filing.

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  UNITED STATES ATTORNEY
                                                  IN AND FOR THE DISTRICT OF COLUMBIA

BY:                          _____
                              Michael K. Atkinson
                              Assistant United States Attorney
                              D.C. Bar #430517
                              United States Attorney's Office
                              555 4th Street, NW
                              Washington, D.C. 20530
                              (202) 616-3702


                              _____
                              Hank Bond Walther
                              D.C. Bar # 477218
                              Trial Attorney
                              Fraud Section, Criminal Division
                              United States Department of Justice
                              1400 New York Avenue, NW
                              Washington, D.C. 20005
                              (202) 257-6176

Date:   February 20, 2007

**CERTIFICATE OF SERVICE**

    This is to certify that this 20th day of February, 2007, I served by first-class mail a copy of the Joint Status Report and proposed Order on the following counsel of record:

Michael Thorman, Esq.
24301 Southland Drive
Suite 312
Hayward, CA 94565

Counsel for Robert Delgado

                                                                                                 _____
                                                                                                 Michael K. Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | CRIMINAL NO.  06-313 (RWR) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ROBERT DELGADO,** | : | |
| | : | UNDER SEAL |
| **Defendant.** | : | |

### ORDER

    **WHEREAS**, on November 17, 2006, the defendant Robert Delgado pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

    **WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Delgado's sentencing date be postponed for three months and that the parties submit a joint status report by February 20, 2007; and

    **WHEREAS**, on February 20, 2007, the parties filed a Joint Status Report requesting that defendant Delgado's sentencing date be postponed an additional three months in order to allow defendant Delgado to continue to provide additional assistance to the government's ongoing, non-public investigation.

    Based on the above and the entire record in this matter, it is this _____ day of February 2007 hereby

**ORDERED** that the parties shall file a Joint Status Report on or before May 23, 2007 informing the Court about the status of the ongoing investigation.

_____
Richard W. Roberts
United States District Court Judge

cc: Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530

Hank B. Walther
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C.  20005

Michael Thorman, Esq.
24301 Southland Drive
Suite 312
Hayward, CA 94565