UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-313 (RWR) |
| | : | |
| v. | : | |
| | : | |
| ROBERT DELGADO, | : | **UNDER SEAL** |
| Defendant. | : | |

**JOINT STIPULATION TEMPORARILY
MODIFYING TERMS OF RELEASE**

The parties hereby submit this Joint Stipulation Temporarily Modifying Terms of Release for the purpose of allowing defendant Robert Delgado to travel to Reno, Nevada with his family to watch his daughter participate in a national AAU basketball tournament from May 25, 2007, through May 27, 2007. The parties jointly propose that the Court temporarily modify defendant Delgado's terms of release so that Delgado may travel with his family from the Northern District of California to Reno Nevada on May 25, 2007, returning to the Northern District of California on May 27, 2007.

Respectfully submitted,

_/s/ Michael P. Thorman_
Michael P. Thorman
Bonjour, Thorman, Baray & Billingsley
Counsel for Defendant Delgado
24301 Southland Dr. Ste. 312
Hayward, CA 94545
Tel: (510) 785-8400
Michael@btbandb.com

_____
Hank Bond Walther
Trial Attorney, U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 307-2538
Hank.Walther@usdoj.gov

May 15, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 06-313 (RWR) |
| v. | |
| ROBERT DELGADO, | UNDER SEAL |
| Defendant. | |

### [PROPOSED] ORDER TEMPORARILY MODIFYING TERMS OF RELEASE

Having considered the parties' Joint Stipulation Temporarily Modifying Terms of Release for defendant Robert Delgado and no objection thereto, the Court hereby **ORDERS** that the terms of defendant Delgado's release be temporarily modified to allow the defendant travel with his family from the Northern District of California to Reno, Nevada on May 25, 2007, returning to the Northern District of California on May 27, 2007.

The Honorable Richard W. Roberts
United States District Court Judge

May____, 2007