1  MICHAEL P. THORMAN, State Bar No. 63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 SOUTHLAND DR., SUITE 312
   HAYWARD, CA 94545
3  TEL.(510) 785-8400
   FAX (510) 670-0955
4  Email: michael@btbandb.com

5  Attorneys for Defendant ROBERT DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-313 (RWR) |
| Plaintiff, | |
| v. | APPLICATION TO APPEAR IN *PRO HAC VICE* |
| ROBERT DELGADO, | |
| Defendant. | |

COMES NOW attorney Michael P. Thorman, retained counsel on behalf of the above-named defendant, hereby moves the above-entitled court for its order allowing counsel to appear *pro hac vice* in this matter pursuant to Local Criminal Rule 44.1(d). This motion is signed by a sponsoring member of the Bar of this Court, Kevin Robertson, D.C. Bar No.: 463401, and is supported by the declaration filed herewith.

Respectfully submitted,

DATED: April 27, 2007

Michael P. Thorman

DATED: April 25th, 2007

Kevin Robertson, Bar #: 463401
BRENNWALD AND ROBERTSON, LLP
922 Pennsylvania Ave., S.E.
Washington, D.C. 20003
(202) 544-1990

1

# DECLARATION IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*

I, Michael Phillip Thorman, declare:

1. I am an attorney at law and retained counsel for the above-named defendant. My firm name and address are as follows:

   BONJOUR, THORMAN, BARAY & BILLINGSLEY
   24301 Southland Drive, Suite 312
   Hayward, CA 94545

2. I am a member in good standing of the California State Bar and have been so since December, 1974. I have also been admitted to practice in the United States Courts for the Northern District of California and the Eastern District of California. I have also appeared as counsel in the United States Courts in the Eastern District of Oklahoma and the Eastern District of Tennessee. I was admitted to the Bar of the Supreme Court of the United States on June 13, 1988.

3. I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury the foregoing to be true and correct.

Executed this 27th day of April 2007, in Hayward, California.

_____
Michael P. Thorman