MAY-25-2007 13:04                                                       P.07

**FILED**
**MAY 29 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-313 (RWR) |
|---|---|---|
| v. | : | |
| ROBERT DELGADO, | : | UNDER SEAL |
| Defendant. | : | |

### [PROPOSED] ORDER TEMPORARILY MODIFYING TERMS OF RELEASE

Having considered the parties' Joint Stipulation Temporarily Modifying Terms of Release for defendant Robert Delgado and no objection thereto, the Court hereby ORDERS that the terms of defendant Delgado's release be temporarily modified to allow the defendant travel with his family from the Northern District of California to Reno, Nevada on May 25, 2007, returning to the Northern District of California on May 27, 2007.

_____
The Honorable Richard W. Roberts
United States District Court Judge

May 25, 2007

3

TOTAL P.07