FILED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, : CRIMINAL NO. 06-313 (RWR)
:
v. :
:
ROBERT DELGADO, :
: **UNDER SEAL**
Defendant. :

## [PROPOSED] ORDER TEMPORARILY MODIFYING TERMS OF RELEASE

Having considered the parties' Joint Stipulation Temporarily Modifying Terms of Release for defendant Robert Delgado and no objection thereto, the Court hereby **ORDERS** that the terms of defendant Delgado's release be temporarily modified to allow the defendant travel with his family from the Northern District of California to Vancouver, British Columbia, from June 13, 2007, through June 20, 2007, then from Vancouver to Seattle, Washington, from June 20, 2007, through June 25, 2007, returning to the Northern District of California on June 25, 2007.

_/s/ Richard W. Roberts_
The Honorable Richard W. Roberts
United States District Court Judge

May 25, 2007