UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 06-313 (RWR) |
| | : |
| | : UNDER SEAL |
| ROBERT DELGADO, | : |
| | : |
| Defendant. | : |

**JOINT STATUS REPORT**

On November 17, 2006, the Court held a plea hearing in which defendant Robert Delgado pled guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the parties requested that a sentencing date be postponed due to defendant Delgado's potential to assist the government in an ongoing investigation. The Court granted that request and ordered that Delgado's sentencing date be postponed for three months and that the parties submit a joint status report by February 20, 2007, informing the Court about the status of the ongoing investigation. On or about February 20, 2007, the Court granted the parties' request to further postpone sentencing, based on Delgado's ongoing assistance.

The parties are now prepared to schedule sentencing in this matter and propose the following dates for the Court's consideration: August 10, 2007, August 17, 2007, and August 24, 2007.

Counsel for the government has discussed this Joint Status Report with counsel for defendant Delagado, Michael Thorman, and he consents to its filing.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
IN AND FOR THE DISTRICT OF COLUMBIA

BY: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar #430517
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 616-3702

_____ For
Hank Bond Walther
D.C. Bar # 477218
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176

Date:   May 30, 2007

## CERTIFICATE OF SERVICE

This is to certify that this 29th day of May, 2007, I served by first-class mail a copy of the Joint Status Report and proposed Order on the following counsel of record:

Michael Thorman, Esq.
24301 Southland Drive
Suite 312
Hayward, CA 94565

Counsel for Robert Delgado

_____
Hank Bond Walther

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : CRIMINAL NO. 06-313 |
| | : |
| v. | : |
| | : |
| | : |
| **ROBERT DELGADO,** | : |
| | : UNDER SEAL |
| Defendant. | : |

## ORDER

**WHEREAS**, on November 17, 2006, the defendant Robert Delgado pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Delgado's sentencing date be postponed for three months and that the parties submit a joint status report by February 20, 2007;

**WHEREAS**, on or about February 20, 2007, the Court granted the parties' Joint Status Report requesting that defendant Delgado's sentencing date be postponed an additional three months in order to allow defendant Delgado to continue to provide additional assistance to the government's ongoing, non-public investigation; and

**WHEREAS**, on or about May 29, 2007, the parties' informed the Court that they are now prepared to proceed with sentencing in this matter.

Based on the above and the entire record in this matter, it is this _____ day of June 2007 hereby

**ORDERED** that sentencing in this matter is schedule for the _____ day of August 2007.

_____<br>
Richard W. Roberts<br>
United States District Court Judge

cc: Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Hank B. Walther
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005

Michael Thorman, Esq.
24301 Southland Drive
Suite 312
Hayward, CA 94565