**FILED**
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO 06-313 (RWR) |
| | : | |
| v. | : | [~~PROPOSED~~] ORDER ALLOWING |
| ROBERT DELGADO, | : | COUNSEL~~ING~~ TO APPEAR *PRO HAC* |
| | : | *VICE* |
| Defendant. | : | |

UNDER SEAL

Having considered the application of Michael P. Thorman, to appear in this court *pro hac vice* pursuant to Local Criminal Rule 44.1(d), and finding that said counsel meets the requirements for admission *pro hac vice* to represent the above-named defendant, the Court hereby **ORDERS** that Michael P. Thorman may appear on behalf of defendant, Robert Delgado in this matter before this Court.

Dated: May 25, 2007

_____
U.S. DISTRICT COURT JUDGE

