UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **CRIMINAL NO.  06-313** |
| v. : | |
| : | |
| **ROBERT DELGADO,** : | **UNDER SEAL** |
| Defendant. : | |

## ORDER

**WHEREAS**, on November 17, 2006, the defendant Robert Delgado pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Delgado's sentencing date be postponed for three months and that the parties submit a joint status report by February 20, 2007;

**WHEREAS**, on or about February 20, 2007, the Court granted the parties' Joint Status Report requesting that defendant Delgado's sentencing date be postponed an additional three months in order to allow defendant Delgado to continue to provide additional assistance to the government's ongoing, non-public investigation; and

**WHEREAS**, on or about May 29, 2007, the parties' informed the Court that they are now prepared to proceed with sentencing in this matter.

Based on the above and the entire record in this matter, it is this ___14th___ day of June 2007 hereby

**ORDERED** that sentencing in this matter is scheduled for the ___30th___ day of August 2007 at 10:15 a.m. All sentencing memoranda are due by August 23, 2007. This matter shall be referred for a presentence investigation.

_____
Richard W. Roberts
United States District Court Judge

cc:   Michael K. Atkinson
      Assistant United States Attorney
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C.  20530

      Hank B. Walther
      Trial Attorney
      U.S. Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, N.W.
      Washington, D.C.  20005

      Michael Thorman, Esq.
      24301 Southland Drive
      Suite 312
      Hayward, CA 94565