UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO 06-313 (RWR) |
| | : | |
| v. | : | **FILED** |
| | : | AUG 1 5 2007 |
| ROBERT DELGADO, | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : UNDER SEAL | U.S. DISTRICT COURT |

### CONSENT MOTION TO RESCHEDULE SENTENCING DATE

The parties hereby submit this consent motion to reschedule the sentencing date set by this court for August 30, 2007 at 10:15 a.m. Counsel for defendant will be out of the country for a previously-scheduled and already paid-for trip from the morning of August 29, 2007 until the afternoon of September 18, 2007. The parties jointly propose that the Court reschedule sentencing for September 28, 2007 or October 5, 2007 at a time convenient to the Court and further order that all sentencing memorandum be due by September 21, 2007 or September 28, 2007.

Dated: August 13th, 2007

Respectfully submitted,

_____
Kevin C. Robertson
Brennwald & Robertson, LLP
922 Pennsylvania Ave., SE
Washington, DC  20003

1

RECEIVED
AUG 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated:

Hank Bond Walther
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Washington, D.C. 20005

Dated: August 3, 2007

Michael P. Thorman, Pro Hac Vice
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545

2