## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF COLUMBIA

UNITED STATES OF AMERICA,    :    CRIMINAL NO 06-313 (RWR)
                             :
                             :
                             :
              v.             :                    **FILED**
                             :
ROBERT DELGADO,              :                    AUG 2 2 2007
                             :    **UNDER SEAL**
              Defendant.     :         NANCY MAYER WHITTINGTON, CLERK
                                          U.S. DISTRICT COURT

### [PROPOSED] ORDER

Having considered the parties' consent motion to reschedule the sentencing for defendant

Robert Delgado and no objection thereto, the Court hereby orders that sentencing in this matter be

rescheduled from August 30, 2007 to [September 28, 2007 or October 5, 2007] at _9:45_ a.m. /p.m.

The parties are to file sentencing memorandum no later than [September 21, 2007 or September 28,

2007].


Dated: August _21_, 2007                _Mn Roberts_
                                        _____
                                        Richard W. Roberts
                                        United States District Court Judge


cc:    Michael K. Atkinson
       Assistant Unites States Attorney
       United States Attorney's Office
       555 4th Street, N.W.
       Washington, D.C.  20530

       Hank Bond Walther
       Trial Attorney
       U.S. Department of Justice
       Criminal Division, Fraud Section
       1400 New York Avenue, N.W.
       Washington, D.C.  20005

       Michael P. Thorman
       24301 Southland Drive, Suite 312
       Hayward, CA 94545