UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO 06-313 (RWR) |
| | : | |
| v. | : | |
| | : | |
| ROBERT DELGADO, | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION TO RESCHEDULE SURRENDER DATE

The parties' hereby submit this consent motion to reschedule the date on which defendant is to surrender to serve his prison term from December 20, 2007 to April 1, 2008. Defendant first made his request that he begin serving his sentence on April 1, 2008 at the time of his sentencing on October 5, 2007. The Government at that time stated it had no objection. Since that time, the Bureau of Prisons has given defendant a surrender date of December 20, 2007. For the same reasons expressed at the time of sentence, defendant seeks to delay his surrender on his sentence to April 1, 2008. The Government, again, has no objection.

Dated: December 10, 2007

_____
Michael P. Thorman
Attorney for Defendant
*Pro Hac Vice*
Bonjour, Thorman, Baray & Billingsley
24301 Southland Dr., Ste 312
Hayward, CA  94545
Tel: (510) 785-8400


Dated: December 10, 2007

_____
Kevin C. Robertson
Attorney for Defendant
Brennwald & Robertson, LLP
922 Pennsylvania Ave., SE
Washington, DC  20003
Tel: (202) 544-1990

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL NO 06-313 (RWR) |
| : | |
| v.  : | |
| : | |
| ROBERT DELGADO, : | |
| : | |
| Defendant. : | |

**[PROPOSED] ORDER**

Having considered the parties' consent motion to allow defendant to postpone his surrender for service of his sentence, the Court orders that the surrender date selected by the Bureau of Prisons of December 20, 2007 is hereby vacated. Defendant shall surrender to serve his sentence on April 1, 2008 at the place and consistent with the terms set by the Federal Bureau of Prisons.

Dated: December ____, 2007

                                                        Richard W. Roberts
                                                        United States District Court Judge

cc:    Michael K. Atkinson
        Assistant Unites States Attorney
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C.  20530

        Hank Bond Walther
        Trial Attorney
        U.S. Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C.  20005

        Michael P. Thorman
        BONJOUR, THORMAN, BARAY & BILLINGSLEY
        24301 Southland Drive, Suite 312
        Hayward, CA 94545