UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO 06-313 (RWR) |
| | : | |
| v. | : | |
| | : | |
| ROBERT DELGADO, | : | **FILED** |
| Defendant. | : | DEC 1 3 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

[~~PROPOSED~~] ORDER

Having considered the parties' consent motion to allow defendant to postpone his surrender for service of his sentence, the Court orders that the ~~surrender date selected by the~~ motion be, and hereby is, DENIED. ~~Bureau of Prisons of December 20, 2007 is hereby vacated. Defendant shall surrender to serve his sentence on April 1, 2008 at the place and consistent with the terms set by the Federal Bureau of Prisons.~~

Dated: December 13, 2007

_____
Richard W. Roberts
United States District Court Judge

cc:   Michael K. Atkinson
      Assistant Unites States Attorney
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C. 20530

      Hank Bond Walther
      Trial Attorney
      U.S. Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, N.W.
      Washington, D.C. 20005

      Michael P. Thorman
      BONJOUR, THORMAN, BARAY & BILLINGSLEY
      24301 Southland Drive, Suite 312
      Hayward, CA 94545